UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY PAUL MURRAY,<br><br>    Petitioner,<br><br>    v.<br><br>J. LOZANO,<br><br>    Respondent. | Case No. 20-cv-00471-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 14 |

Good cause being shown, respondent's request for a second extension of time to file his answer to the order to show cause is GRANTED. Dkt. No. 14. Respondent shall file his answer by August 27, 2020. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within **thirty (30) days** of the date the answer is filed.

This order terminates Dkt. No. 14.

**IT IS SO ORDERED.**

Dated: 6/30/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge