United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY PAUL MURRAY,<br><br>    Petitioner,<br><br>v.<br><br>J. LOZANO,<br><br>    Respondent. | Case No. 20-cv-00471-HSG<br><br>**ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE RECORD** |

Rickey Paul Murray filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. One of Petitioner's claims for habeas relief is that his counsel was ineffective for failing to raise a challenge under *Batson v. Kentucky*, 476 U.S. 79 (1986). Specifically, he contends that his counsel failed to object when the prosecutor struck one of two possible African American jurors, and defense counsel improperly challenged the other remaining African American juror, leaving an all-white panel of jurors. ECF No. 1 at 5–8. The Court orders that, within **thirty (30) days** of the date of this order, Respondent shall file with this Court and serve upon Petitioner copies of the voir dire transcript, as well as the juror questionnaires.

The Court will *sua sponte* GRANT Petitioner leave to file a supplemental traverse, if Petitioner so wishes, that is limited to addressing the records produced by Respondent pursuant to this order. The supplemental traverse shall not exceed five pages and may not raise new arguments. Petitioner shall file his supplemental traverse within fourteen (14) days of receiving the above-referenced records. The habeas petition will be considered fully submitted by that date.

**IT IS SO ORDERED.**

Dated: 4/28/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge