UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY PAUL MURRAY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. LOZANO,<br><br>　　　　　Respondent. | Case No. 20-cv-00471-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL TRAVERSE**<br><br>Re: Dkt. No. 24 |

Good cause being shown, petitioner's request for an extension of time to file his supplemental traverse is GRANTED. Dkt. No. 24. Petitioner shall file his supplemental traverse by August 18, 2021.

This order terminates Dkt. No. 24.

**IT IS SO ORDERED.**

Dated: 7/27/2021

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge