UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY PAUL MURRAY, <br>     Plaintiff, <br> v. <br> J. LOZANO, <br>     Defendant. | Case No. 20-cv-00471-HSG <br><br> **JUDGMENT** |

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED.**

Dated: August 25, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge